UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SSA COOPER, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>M/V WINTERSET, Official No. 1682,<br>her engines, machinery, gear, tackle,<br>equipment, appurtenances, furnishings, etc.,<br><br>    Defendant. | IN ADMIRALTY<br>NO. 03 12361 EFH<br><br>PLAINTIFF'S MOTION FOR ORDER<br>DIRECTING CLERK TO ISSUE<br>WARRANT OF ARREST |

  Plaintiff SSA Cooper, LLC applies to this Court, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, for an order directing the Clerk of the Court to issue a Warrant of Arrest for the defendant vessel M/V WINTERSET, Official No. 1682, her engines, machinery, gear, tackle, equipment, appurtenances, furnishings, etc. This application is based upon the plaintiff's Verified Complaint to Foreclose Maritime Lien filed herewith and the admiralty jurisdiction of this Court to adjudicate actions in rem concerning vessels.

DATED this 24th day of November, 2003.

               Respectfully submitted,

               SSA COOPER, LLC

               By its attorneys,

               _____
               Kathleen B. Carr (BBO #564138)
               EDWARDS & ANGELL LLP
               101 Federal Street
               Boston, Massachusetts 02110
               (617) 439-4444