UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SSA COOPER, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>M/V WINTERSET, Official No. 1682, her engines, machinery, gear, tackle, equipment, appurtenances, furnishings, etc.,<br><br>      Defendant. | IN ADMIRALTY<br><br>NO.<br><br>**WARRANT FOR ARREST**<br><br>**03 12361 EFH** |

TO THE U.S. MARSHAL

WHEREAS, a Complaint <u>in rem</u> has been filed against the defendant, M/V WINTERSET, her engines, machinery, gear, tackle, equipment, appurtenances, furnishings, etc., upon an admiralty and maritime claim for foreclosure on a maritime lien due for the reasons and causes in said Complaint mentioned and praying for process of warrant for the arrest of said vessel and her appurtenances and that all persons interested in the said vessel and her appurtenances may be cited to answer the premises and that the said vessel and her appurtenances may, for the causes in the said Complaint mentioned be sold to pay the demands of the plaintiff,

YOU ARE HEREBY COMMANDED to arrest the said vessel, the M/V WINTERSET, and her appurtenances, believed to be arriving in the District of Massachusetts, in Somerset, on Monday, November 24, 2003, and to detain the same in your custody until further order of the Court respecting the same and to give due notice to all persons claiming the same or having anything to say why the same should not be sold pursuant to the prayer of the said Complaint,

that they must file their claims with the Clerk of this Court within ten days after execution of this process or within such additional time as may be allowed by the Court, and must serve their answers within twenty (20) days after the filing of their claim.

YOU ARE FURTHER COMMANDED to file this process in this Court with your return promptly after execution thereof,

WITNESS, the Honorable _____, a Judge of the above Court, this 24 day of November, 2003.

By: _____
DEPUTY CLERK