UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SSA COOPER, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>M/V WINTERSET, Official No. 1682, )<br>her engines, machinery, gear, tackle, )<br>equipment, appurtenances, furnishings, etc., )<br>)<br>Defendant. )<br>) | IN ADMIRALTY<br><br>NO. **03 12361 EFH**<br>*E.F.H.*<br><br>[PROPOSED] ORDER DIRECTING<br>CLERK TO ISSUE WARRANT<br>OF ARREST |

THIS MATTER having come before the Court on Plaintiff's Motion for Order Directing the Clerk to Issue Warrant of Arrest, and the Court having reviewed the verified Complaint and supporting papers, and the conditions for an action in rem appearing to exist; it is

ORDERED that the Clerk of the Court shall issue a Warrant of Arrest for the M/V WINTERSET, her engines, machinery, gear, tackle, equipment, appurtenances, furnishings, etc.

DATED this 24 day of November, 2003

_____
UNITED STATES DISTRICT COURT JUDGE

BOS_424312_1