UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SSA COOPER, LLC,

    Plaintiff,

v.

M/V WINTERSET, Official No. 1682, her engines, machinery, gear, tackle, equipment, appurtenances, furnishings, etc.,

    Defendant.

IN ADMIRALTY

NO.

[PROPOSED] ORDER AUTHORIZING MOVEMENT OF THE VESSEL

# 03 12361 EFH

Based on plaintiff's motion, it is hereby

ORDERED that the M/V WINTERSET may move among berths or any anchorage in the District of Massachusetts while it is in the custody of the U.S. Marshal or substitute custodian.

IT IS FURTHER ORDERED that any crew living aboard the M/V WINTERSET are permitted to remain aboard pending further order of the Court.

DATED this 24 day of November, 2003.

_____
UNITED STATES DISTRICT COURT JUDGE