UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Filed USDC*
*11/25/03*

| | |
|---|---|
| SSA COOPER, LLC, | ) |
| Plaintiff, | ) |
| v. | ) IN ADMIRALTY |
| | ) NO. 03-CV-12361 |
| M/V WINTERSET, Official No. 1682, | ) |
| her engines, machinery, gear, tackle, | ) MOTION FOR ORDER |
| equipment, appurtenances, furnishings, etc., | ) RELIEVING MARK H. BROWN |
| | ) FROM DUTIES AS |
| Defendant. | ) SUBSTITUTE CUSTODIAN |

Plaintiff SSA Cooper, LLC, by and through its undersigned counsel of record, hereby applies *ex parte* to this Court for an order vacating this Court's Order of November 24, 2003, appointing Mark H. Brown as Substitute Custodian of the defendant vessel M/V WINTERSET under arrest in this matter.

Respectfully submitted,

SSA COOPER, LLC

By its attorneys,

Kathleen B. Carr (BBO #564138)
EDWARDS & ANGELL LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 439-4444

Dated: November 25, 2003

*11/25/03 - ALLOWED*
*Douglas P. Woodlock*
*U.S.D.J.*

BOS_424875_1