# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SSA COOPER, LLC,

                Plaintiff

           v.                          CIVIL ACTION NO.:
                                              03-12361-EFH

M/V WINTERSET, Official No. 1682,
her engines, machinery, gear, tackle,
equipment, appurtenances, furnishings,
etc.,

                Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF CLOSURE

December 11, 2003

HARRINGTON, S.D.J.

    Upon review of the record in this case, the Court orders the case closed.

    SO ORDERED.

                          /s/ Edward F. Harrington
                          EDWARD F. HARRINGTON
                          United States Senior District Judge